**Order filed, October 14, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-15-00771-CR

### LAVOSHAE WYGAL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Co Crim Ct at Law No 10**
**Harris County, Texas**
**Trial Court Case 1980566**

---

### ORDER

The reporter's record in this case was due October 12, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Bonnie Rodriquez, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.


/s/ Evelyn Keyes _____

Acting individually